# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 9, 2011

Lyle W. Cayce
Clerk

No. 09-20361

D.C. Docket No. 4:08-CR-146-6

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

MARTIN OVALLE-MARTINEZ

Defendant - Appellant

United States Courts
Southern District of Texas
FILED

MAR 1 4 2011

David J. Bradley, Clerk of Court

Appeals from the United States District Court for the
Southern District of Texas, Houston

Before DeMOSS, BENAVIDES, and ELROD, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: MAR 0 3 2011

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana          MAR 03 2011