| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States of America, §
§
versus § CRIMINAL ACTION NO. 08-146 (7)
§
Marco Antonio Martinez-Cardenas. §

## ORDER STRIKING DOCUMENT

Your Motion for Rule 12(b)(4)(B) Notice of the Government's Intent to Use Evidence (Docket Entry # 265) was filed; however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ No certificate of service or explanation why service is not required (L.R. 5.3).

5. ✔ Motion does not comply with L.R.7.

    a. ☐ No statement of opposition or non-opposition (L.R.7.2).

    b. ✔ No statement of conference between counsel (L.R. 7.1.D(1)).

    c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☐ Other: _____

The document is stricken from the record.

Date: March 27, 2012

_____
UNITED STATES DISTRICT JUDGE